# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

**FILED**
12:27 pm Oct 31 2022
**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Aron McKillips | ) | Case No. |
| | ) | 3:22MJ5368 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 31, 2020** in the county of **Lucas** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(o) | Unlawful possession of a machine gun |
| 18:875(c) | Interstate communication of threats |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Jon G. Gruenberg - Task Force Officer
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: October 31, 2022

*Judge's signature*

City and state: Toledo, Ohio

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*